## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| North American Composites Company and Interplastic Corporation, | Civil No.: 06-4223 (RHK/AJB) |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Pro Sports, LLC, d/b/a Pro Sports Boats, | |
| Defendant, Counter-Claimant. | |

Based on the Stipulation for Dismissal with Prejudice (Doc. No. 15), **IT IS ORDERED** and adjudged that the above-captioned action is hereby **DISMISSED WITH PREJUDICE** on the merits, with all parties agreeing to bear their own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 9, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge